UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80748-CIV-CANNON

ROBERT HESSEE, NAOMI CARTER,
and BRIAN CHAPMAN,

      Plaintiffs,

v.

AMERICAN PROTECTION PLANS LLC,

      Defendant.

_____/

ORDER OF DISMISSAL AS TO CERTAIN
PLAINTIFF AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon the Notice of Voluntary Dismissal Without Prejudice as to all claims brought by Plaintiff Naomi Carter [ECF No. 25], filed on November 10, 2022.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has not filed an answer or a motion for summary judgment in this case.

    Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The claims brought by Plaintiff Naomi Carter against Defendant are **DISMISSED WITH PREJUDICE**, effective November 10, 2022, the date on which Plaintiff filed the Notice of Voluntarily Dismissal [ECF No. 25].[1]

2. The Clerk of Court shall **TERMINATE** Naomi Carter as a plaintiff in this matter.

---

[1] **As stated in Plaintiff's Notice of Voluntarily Dismissal [ECF NO. 25], Plaintiff's dismissal with prejudice as to Plaintiff's individual claims is without prejudice as to any other member of the putative class's right to bring claims.**

CASE NO. 22-80748-CIV-CANNON

3.  The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of November

2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

2